V I R G I N I A:

IN THE CIRCUIT COURT OF FAIRFAX COUNTY

| | |
|---|---|
| YOLANDE FROST, | : |
|     Plaintiff, | : |
| v. | :   Civil Action No. 2012-15997 |
| HOME DEPOT U.S.A. INC., | : |
|     Defendant. | : |

## ANSWER

COMES NOW the defendant, Home Depot, U.S.A., Inc. ("Home Depot") and in response to the Complaint filed by plaintiff, states the following:

1. Home Depot lacks sufficient information or knowledge to either admit or deny the allegations in paragraph 1 of plaintiff's Complaint and therefore, denies the same and demands strict proof thereof.

2. Home Depot denies the allegations in paragraph 2 of plaintiff's Complaint. By way of further answer, Home Depot is incorporated under the laws of Delaware and maintains its principal place of business in Atlanta, Georgia. Defendant admits that it operates a store in Springfield, Virginia.

3. The allegations in paragraph 3 of plaintiff's Complaint are statements of law and not factual averments to which a response is required. To the extent a response is required; Home Depot denies the allegations contained therein are an accurate statement of the law.

4. Home Depot denies the allegations in paragraph 4 of plaintiff's Complaint.

5. Home Depot denies the allegations in paragraph 5 of plaintiff's Complaint.



EXHIBIT B

6. Home Depot denies the allegations in paragraph 6 of plaintiff's Complaint.

7. Home Depot denies the allegations in paragraph 7 of plaintiff's Complaint.

8. Home Depot denies the allegations in paragraph 8 of plaintiff's Complaint.

9. The allegations in paragraph 9 of plaintiff's Complaint do not require a response.

10. Home Depot denies it is indebted to plaintiff in the amount of $400,000.00 or in any amount.

11. Defendant will rely upon the affirmative defenses of contributory negligence, choice of paths, open and obvious condition, assumption of risk, negligence of others, and the failure to mitigate damages.

12. To the extent that any allegation is not specifically admitted, it is denied.

13. Home Depot reserves the right to assert additional defenses to this cause, affirmative or otherwise, if it is later determined that such defense is available to it.

WHEREFORE, the defendant, HOME DEPOT, U.S.A., INC., by Counsel, prays that this Court dismiss the Complaint filed by the plaintiff and enter judgment in its favor allowing for attorney's fees and costs expended on its behalf.

HOME DEPOT U.S.A. INC.

By: _____
Counsel

Brian A. Cafritz, VSB# 34366
Jessica G. Relyea, VSB# 76774
KALBAUGH PFUND & MESSERSMITH, P.C.
901 Moorefield Park Drive, Suite 200
Richmond, Virginia 23236
(804) 320-6300
(804) 320-6312 (fax)
Brian.Cafritz@kpmlaw.com
Jessica.Relyea@kpmlaw.com

Edward P. Trivette, VSB #73485
KALBAUGH, PFUND & MESSERSMITH, P.C.
3950 University Drive, Suite 204
Fairfax, Virginia 22030
(703) 691-3331
(703) 691-3332 (fax)
Edward.Trivette@kpmlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing Answer was mailed first class, postage prepaid, this 4th day of November, 2013, to:

Laurie Frost Wilson, Esq.
8950 Hooes Road
Lorton, Virginia 22079
*Counsel for Plaintiff*

_____
Brian A. Cafritz

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| YOLANDE FROST, | : |
| Plaintiff, | : |
| v. | : Civil Action No. |
| HOME DEPOT U.S.A., INC., | : |
| Defendant. | : |

**HOME DEPOT'S RULE 7.1 STATEMENT OF
CORPORATE AND FINANCIAL INTEREST**

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Home Depot U.S.A., Inc. in the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock of the following:

**Home Depot International, Inc. and Home Depot, Inc.**

/s/ _____
Brian A. Cafritz, VSB# 34366
Jessica G. Relyea, VSB# 76775
*Counsel for Home Depot U.S.A., Inc.*
KALBAUGH, PFUND & MESSERSMITH, P.C.
901 Moorefield Park Drive, Suite 200
Richmond, Virginia 23236
(804) 320-6300
(804) 320-6312 (fax)
Brian.Cafritz@kpmlaw.com
Steve.McLain@kpmlaw.com

Edward P. Trivette, VSB #73485
*Counsel for Home Depot U.S.A., Inc.*
KALBAUGH, PFUND & MESSERSMITH, P.C.
3950 University Drive, Suite 204
Fairfax, Virginia 22030
(703) 691-3331
(703) 691-3332 (fax)
Edward.Trivette@kpmlaw.com

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing Disclosures of Corporate Interest was mailed, first class, postage prepaid, this 4th day of November, 2013, to

Laurie Frost Wilson, Esq.
8950 Hooes Road
Lorton, Virginia 22079
*Counsel for Plaintiff*

Brian A. Cafritz, VSB# 34366
Jessica G. Relyea, VSB# 76775
*Counsel for Home Depot U.S.A., Inc.*
KALBAUGH, PFUND & MESSERSMITH, P.C.
901 Moorefield Park Drive, Suite 200
Richmond, Virginia 23236
(804) 320-6300
(804) 320-6312 (fax)
Brian.Cafritz@kpmlaw.com
Steve.McLain@kpmlaw.com

Edward P. Trivette, VSB #73485
*Counsel for Home Depot U.S.A., Inc.*
KALBAUGH, PFUND & MESSERSMITH, P.C.
3950 University Drive, Suite 204
Fairfax, Virginia 22030
(703) 691-3331
(703) 691-3332 (fax)
Edward.Trivette@kpmlaw.com